No. 82–1080. SIMON ET AL. *v.* DAVIS, SECRETARY OF COMMONWEALTH OF PENNSYLVANIA, ET AL. Affirmed on appeal from D. C. M. D. Pa. JUSTICE BRENNAN, JUSTICE

MARSHALL, and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.